## ORDER

PER CURIAM.

M.D.P., a minor, appeals a decision of the juvenile court taking jurisdiction over the juvenile, and placing him on unsupervised probation. The conditions of probation were that the juvenile not violate the laws of Missouri and that he make restitution in the sum of $925.00. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. No jurisprudential purpose would be served by a written opinion. Judgment affirmed in accordance with Rule 84.16(b).

served by an extended opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment. Judgment affirmed pursuant to Rule 84.16(b).

**In re the Interest of J.E.P., a minor.**

**Wilbert LONG, Juvenile Officer, Petitioner-Respondent,**

v.

**L.E.P., Sr., Respondent-Appellant.**

**No. 50266.**

Missouri Court of Appeals, Eastern District, Division Two.

April 8, 1986.

Phillip J. Kavanaugh, St. Louis, for respondent-appellant.

Donna Head, St. Louis, for petitioner-respondent.

## ORDER

PER CURIAM.

Father appeals from the trial court's judgment terminating his parental rights to his son under § 211.447.2(1), RSMo 1984. No jurisprudential purpose would be

**John MOORE, Relator,**

v.

**Walter "Buck" BUERGER, Respondent.**

**No. 51004.**

Missouri Court of Appeals, Eastern District, Division Three.

April 8, 1986.

Rehearing Denied May 6, 1986.

